UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07531-SPG-AYP | Date | November 10, 2026 |
| Title | Dawn Stevens v. Choe et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On September 23, 2026, Plaintiff Dawn Stevens served the Complaint upon Defendant Busy Man La Ave, LLC ("Busy Man"). (ECF No. 17.) Defendant Busy Man did not answer the complaint on or before October 14, 2026.

On September 3, 2026, Plaintiff obtained entry of default as to Defendant Harold Choe, d/b/a Simi Quick Oil, ("Chloe"), pursuant to Fed. R. Civ. P. 55(a). (ECF No. 15.) Plaintiff has not sought default judgment, pursuant to Fed. R. Civ. P. 55(b).

To date, Plaintiff has failed to request an entry of default, pursuant to Fed. R. Civ. P. 55(a), regarding claims against Defendant Busy Man. Plaintiff has also failed to seek default judgment, pursuant to Fed. R. Civ. P. 55(b), with regard to claims against Defendant Chloe.

"[W]hen circumstances make such action appropriate, a District Court may dismiss a complaint for failure to prosecute." *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962). Accordingly, Plaintiff is **ORDERED** to show cause in writing, **on or before November 24, 2026,** why this action should not be dismissed for lack of prosecution.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07531-SPG-AYP | Date | November 10, 2026 |
| Title | Dawn Stevens v. Choe et al | | |

Plaintiff may satisfy this Order by seeking an entry of default with respect to Defendant Busy Man and seeking default judgment with respect to Defendant Choe, or dismissing claims against Defendant Busy Man and notifying the Court that default judgment will not be brought against Defendant Chloe. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**

___ : ___

Initials of Preparer pg